Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers-Wraight (State Bar No. 261025)
swraight@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendant
FAY SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT PAULHUS and LYNETTE PAULHUS, <br><br> Plaintiffs, <br><br> vs. <br><br> FAY SERVICING, LLC; VERICREST INSURANCE SERVICES, LLC d.b.a. VERICREST FINANCIAL; SUMMIT MANAGEMENT COMPANY, LLC; and DOES 1 THROUGH 20, inclusive, <br><br> Defendants. | CASE NO. 2:14-cv-00736-WBS-AC <br><br> **JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; [PROPOSED] ORDER** <br><br><br><br><br><br> Complaint filed: February 18, 2014 |

      Plaintiffs Scott Paulhus and Lynette Paulhus (collectively, "Plaintiffs") and defendants Caliber Home Loans, Inc.; Summit Management Company, LLC; and Fay Servicing, LLC (collectively, "Defendants") by and through their counsel of record, stipulate and agree as follows:

      WHEREAS, the Court entered an order granting the Defendants' motions to dismiss Plaintiffs' complaint with leave to amend on May 30, 2014.  Docket No. 31.

      WHEREAS, Plaintiffs filed a first amended complaint on June 17, 2014.  Docket No. 32.

      WHEREAS, Defendants' responses to Plaintiffs' first amended complaint are due on July 7, 2014.  *See* Fed. R. Civ. Pro. 15(a)(3), 6(d).

1  WHEREAS, Defendants intend to file motions to dismiss in response to Plaintiffs' first
2  amended complaint.

3  WHEREAS, until those motions are resolved, it is unclear what claims and theories will be at
4  issue in this case.

5  WHEREAS, the Court's and the parties' resources will be conserved by continuing the date
6  of the initial scheduling conference, and the deadlines triggered by that date, until the anticipated
7  motions to dismiss have been resolved.

## STIPULATION

9  THEREFORE, Plaintiffs and Defendants respectfully stipulate and request that the initial
10 scheduling conference currently set for July 7, 2014, at 2:00 p.m. before Senior Judge William B.
11 Shubb (*see* Docket No. 3) be continued to September 8, 2014, at 2:00 p.m. or to such later date at the
12 convenience of the Court.

14 Dated: June 23, 2014                LOCKE LORD LLP

16                                     By: */s/ Stephanie A. Chambers-Wraight*
17                                     Stephanie A. Chambers-Wraight
                                       Attorneys for Defendant
18                                     FAY SERVICING, LLC

20 Dated: June 23, 2014                PERKINS COIE, LLP

22                                     By: */s/ Daniel O'Shea* (as authorized on 6/23/14)
23                                     Daniel O'Shea
                                       Attorneys for Defendants
24                                     CALIBER HOME LOANS, INC. and SUMMIT
                                       MANAGEMENT COMPANY, LLC

Dated: June 23, 2014                    PRIME LAW GROUP, APC


By: /s/ *Armine Singh* (as authorized on 6/23/14)
Armine Singh
Attorneys for Plaintiffs
SCOTT PAULHUS and LYNETTE PAULHUS


**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, the initial scheduling conference currently set for July 7, 2014, is continued to **September 15, 2014, at 2:00 p.m. Courtroom 5 before Senior Judge William B. Shubb**. The joint status report shall be due fourteen (14) days in advance, on or before **September 1, 2014**.

Dated: June 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE