1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  Daniel D. O'Shea, Bar No. 238534
   doshea@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111
   Telephone:  415.344.7000
5  Facsimile:   415.344.7050

6  Attorneys for Defendants
   CALIBER HOME LOANS, INC. (formerly known
7  as Vericrest Financial, Inc., erroneously sued as
   Vericrest Insurance Services, LLC d.b.a. Vericrest
8  Financial), and SUMMIT MANAGEMENT
   COMPANY, LLC
9

10                  **UNITED STATES DISTRICT COURT**

11        **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

12

13  SCOTT PAULHUS and LYNETTE           Case No. 2:14−CV−00736−WBS−AC
    PAULHUS,
14                                      **NOTICE OF SETTLEMENT AND**
                                        **STIPULATION TO WITHDRAW**
                  Plaintiffs,
15                                      **MOTION TO DISMISS; ORDER**

16        v.

17  FAY SERVICING, LLC; VERICREST
    INSURANCE SERVICES, LLC d.b.a.
    VERICREST FINANCIAL; SUMMIT
18  MANAGEMENT COMPANY, LLC; and
    DOES 1 THROUGH 20, Inclusive,
19

20                  Defendants.

21

22  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

23        Pursuant to Local Rule 40-2, plaintiffs Scott Paulhus and Lynette Paulhus, and defendants

24  Caliber Home Loans, Inc. (f/k/a Vericrest Financial, Inc.) ("Caliber") and Summit Management

25  Company ("Summit") hereby advise that an agreement has been reached to settle this action as to

26  Caliber and Summit.

27

28

REPORT OF SETTLEMENT
2:14-S-CV-00736-WBS-AC

70329-0095/LEGAL122893064.1

1

2
 The parties hereby stipulate that the Motion to Dismiss filed by Caliber and Summit, entry

number 37 on the court's docket in this action, and set for August 11, 2014, is withdrawn and
3

shall be taken off of the court's calendar.
4

**IT IS SO STIPULATED.**
5

6

7
 DATED:  July 30, 2014                                    **PERKINS COIE LLP**

8
                                                         By: */s/ Daniel D. O'Shea*
                                                             Daniel D. O'Shea, Bar No. 238534
9
                                                             doshea@perkinscoie.com

10
                                                         Attorneys for Defendants
                                                         CALIBER HOME LOANS, INC. (formerly
11
                                                         known as Vericrest Financial, Inc., erroneously
                                                         sued as Vericrest Insurance Services, LLC d.b.a.
12
                                                         Vericrest Financial), and SUMMIT
                                                         MANAGEMENT COMPANY, LLC
13

14
 DATED:  July 30, 2014                                    **PRIME LAW GROUP**

15
                                                         By: */s/ Armine Singh*
                                                             Armine Singh, Bar No. 266694
16
                                                             armine@plglawgroup.com

17
                                                         Attorneys for Plaintiffs

18

19
                                     ORDER

20
     GOOD CAUSE APPEARING based upon the stipulation of the parties, the Court orders

21
 that the Motion to Dismiss filed by defendants Caliber Home Loans, Inc. (f/k/a Vericrest

22
 Financial, Inc.) ("Caliber") and Summit Management Company ("Summit"), entry number 37 on

23
 the court's docket in this action, is withdrawn.

24
 **IT IS SO ORDERED.**

25
 Dated:  July 31, 2014

26

27
 WILLIAM B. SHUBB
 UNITED STATES DISTRICT JUDGE

28

-2-

REPORT OF SETTLEMENT
2:14-S-CV-00736-WBS-AC
70329-0095/LEGAL122893064.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

REPORT OF SETTLEMENT
2:14-S-CV-00736-WBS-AC
70329-0095/LEGAL122893064.1