Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers-Wraight (State Bar No. 261025)
swraight@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendant
FAY SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT PAULHUS and LYNETTE PAULHUS,<br><br>               Plaintiffs,<br><br>    vs.<br><br>FAY SERVICING, LLC; VERICREST INSURANCE SERVICES, LLC d.b.a. VERICREST FINANCIAL; SUMMIT MANAGEMENT COMPANY, LLC; and DOES 1 THROUGH 20, inclusive,<br><br>               Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:14-cv-00736-WBS-AC<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br><br><br>Complaint filed:  February 18, 2014 |

1   On August 6, 2014, this Court entered an order granting defendant Fay Servicing, LLC's

2   ("Fay Servicing") motion to dismiss the first amended complaint of plaintiffs Scott Paulhus and

3   Lynette Paulhus (collectively, "Plaintiffs") and dismissing Plaintiffs' claims against Fay Servicing

4   with prejudice.

5   IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed

6   with prejudice as against defendant Fay Servicing, LLC.  IT IS FURTHER ORDERED that

7   judgment be entered in favor of defendant Fay Servicing, LLC; and against Plaintiffs as to each and

8   every cause of action in this action, and that Plaintiffs take nothing by way of their claims against

9   defendant Fay Servicing, LLC.

10   IT IS SO ORDERED.

11   Dated:  August 12, 2014

12

13   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE