UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT PAULHUS and LYNETTE PAULHUS,<br><br>Plaintiffs,<br><br>v.<br><br>FAY SERVICING, LLC; VERICREST INSURANCE SERVICES, LLC d.b.a. VERICREST FINANCIAL; SUMMIT MANAGEMENT COMPANY, LLC; and DOES 1 THROUGH 20, Inclusive,<br><br>Defendants. | Case No. 2:14−CV−00736−WBS−AC<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CALIBER HOME LOANS, INC. (FORMERLY KNOWN AS VERICREST FINANCIAL, INC., ERRONEOUSLY SUED AS VERICREST INSURANCE SERVICES, LLC D.B.A. VERICREST FINANCIAL), AND SUMMIT MANAGEMENT COMPANY, LLC** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against Defendants CALIBER HOME LOANS, INC. (formerly known as Vericrest Financial, Inc., erroneously sued as Vericrest Insurance Services, LLC d.b.a. Vericrest Financial), and SUMMIT MANAGEMENT COMPANY, LLC, are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  August 26, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DISMISSAL WITH PREJUDICE
2:14-CV-00736-WBS-AC
70329-0095/LEGAL123287253.1